IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG T. SHIN and SANG EUN SHIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage FSB also known as World Savings Bank FSB,<br><br>    Defendant.<br>                                                     / | No. C 12-01561 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On June 19, 2012, defendant Wells Fargo Bank, N.A., filed a motion to dismiss and request for judicial notice. On June 21, the case was reassigned to the undersigned judge. The order of reassignment clearly stated "the briefing schedules remain unchanged" (Dkt. No. 9). The Defendant renoticed its motion on July 12. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition was due July 3, 2012. None was filed. *Pro se* plaintiffs Yong T. Shin and Sang Eun Shin are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **AUGUST 10, 2012**. If no response is filed, the motion dismiss may be granted. The motion hearing previously set for August 23, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE