UNITED STATES DISTRICT COURT

Northern District of California

YONG SHIN and SANG EUN SHIN,

        Plaintiffs,

  v.

NDEX WEST LLC, et al.,

        Defendants.
_____/

No. C 13-0579 MEJ

**ORDER OF REFERRAL**

On February 21, 2013, Defendant Wells Fargo Bank, N.A., filed a Noticed of Related Case, stating that the above-captioned case involves essentially the same issues that are presented in *Shin et al v. Wells Fargo Bank, N.A.*, Case No. 3:12-CV-01561-WHA. In particular, Defendant states that the actions are premised on the contention that the lender did not have standing to foreclose on the underlying property. Accordingly, pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable William Alsup for the purpose of considering whether it is related to the following case: *Shin et al v. Wells Fargo Bank, N.A.*, Case No. 3:12-CV-01561-WHA.

**IT IS SO ORDERED.**

Dated: February 26, 2013

_____
Maria-Elena James
United States Magistrate Judge